# No. 25-1706

_____

# United States Court of Appeals
# for the First Circuit

_____

No. 25-1705

DINNER TABLE ACTION; FOR OUR FUTURE; ALEX TITCOMB,

Plaintiffs - Appellees,

v.

WILLIAM J. SCHNEIDER, in the official capacity as Chairman of the Maine Commission on Governmental Ethics and Election Practices; DAVID R. HASTINGS, III, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; DENNIS MARBLE, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; BETH N. AHEARN, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; AARON M. FREY, in the official capacity as Attorney General of Maine; SARAH E. LECLAIRE, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices,

Defendants - Appellants,

EQUAL CITIZENS; CARA MCCORMICK; PETER MCCORMICK; RICHARD A. BENNETT,

Defendants.

_____

No. 25-1706

DINNER TABLE ACTION; FOR OUR FUTURE; ALEX TITCOMB,

Plaintiffs - Appellees,

v.

EQUAL CITIZENS; CARA MCCORMICK; PETER MCCORMICK; RICHARD A. BENNETT,

Defendants - Appellants,

WILLIAM J. SCHNEIDER, in the official capacity as Chairman of the Maine Commission on Governmental Ethics and Election Practices; DAVID R. HASTINGS, III, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; DENNIS MARBLE, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; BETH N. AHEARN, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; AARON M. FREY, in the official capacity as Attorney General of Maine; SARAH E. LECLAIRE, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices,

Defendants.

_____

On Appeal From the United States District Court
for the District of Maine
No. 1:24-cv-00430-KFW

_____

**EQUAL CITIZENS' UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE DEFENDANTS-APPELLANTS' OPENING BRIEFS IN THE CONSOLIDATED CASES**

_____

Defendants-Appellants Equal Citizens, Richard A. Bennett, Cara McCormick, and Peter McCormick (hereinafter, "Equal Citizens") respectfully move for a 30-day extension of time to file the opening briefs in the above-captioned consolidated cases. The State Defendants-Appellants and the Appellees consent to this motion.

1. Under the schedule set out in this Court's August 13, 2025, order, Defendants-Appellants' opening briefs in the consolidated cases are currently due on September 22, 2025.

2. A 30-day extension of the deadline would make Defendants-Appellants' opening briefs due on October 22, 2025.

3. Counsel for Equal Citizens has several other litigation deadlines that provide good cause for a 30-day extension of the deadline for the opening brief. These include: a reply brief due on August 15, 2025 in *KalshiEX LLC v. Hendrick*, No. 2:25-cv-00575 (D. Nev.); a petition for certiorari due on August 25, 2025 in *Poore v. United States* (S. Ct.); an opening brief due on August 25, 2025 in *Welch v. Plappert*, No. 24-6022 (6th Cir.); a petition for certiorari due on September 1, 2025 in *Fire-Dex LLC v. Admiral Insurance Company* (S. Ct.); a reply brief due on September 26, 2025 in *Jolley v. Unknown Named BOP Directors*, No. 24-5111 (D.C. Cir.); and a reply brief due on October 9, 2025 in *United States v. Shah*, No. 24-2230 (7th Cir.).

4. This is Equal Citizens' first request for an extension.

5. Counsel for Equal Citizens contacted counsel for the State Defendants-Appellants and for Appellees. The State Defendants-Appellants and Appellees consent to this motion.

For the foregoing reasons, Equal Citizens respectfully requests that this Court find that good cause exists for this first extension request and grant the motion to extend the due date for Defendants-Appellants' opening briefs in the consolidated cases to October 22, 2025.

August 15, 2025                                        Respectfully submitted,

                                                    MILBANK LLP

                                  By: /s/ Neal Kumar Katyal
                                         Neal Kumar Katyal
                                         1101 New York Ave., NW
                                         Washington, DC 20005
                                         Tel: (202) 835-7505
                                         Fax: (202) 263-7586
                                         nkatyal@milbank.com

                                         *Counsel for Defendants-Appellants Equal Citizens, Richard A. Bennett, Cara McCormick, and Peter McCormick*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 299 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

August 15, 2025                                    /s/ Neal Kumar Katyal
                                                   Neal Kumar Katyal

                                                   *Counsel for Defendants-*
                                                   *Appellants Equal Citizens,*
                                                   *Richard A. Bennett, Cara*
                                                   *McCormick, and Peter*
                                                   *McCormick*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

August 15, 2025　　　　　　　　　　　　/s/ Neal Kumar Katyal
　　　　　　　　　　　　　　　　　　　Neal Kumar Katyal

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants-*
　　　　　　　　　　　　　　　　　　　*Appellants Equal Citizens,*
　　　　　　　　　　　　　　　　　　　*Richard A. Bennett, Cara*
　　　　　　　　　　　　　　　　　　　*McCormick, and Peter*
　　　　　　　　　　　　　　　　　　　*McCormick*