

**NEAL KATYAL**
*Partner*
1101 New York Avenue NW  |  Washington, DC 20005
T: +1 (202) 835-7505
nkatyal@milbank.com  |  milbank.com

February 2, 2026

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

      Re:    *Dinner Table Action, et al. v. Schneider, et al.*, No. 25-1705; *Dinner Table Action, et al. v. Equal Citizens, et al.*, No. 25-1706

Dear Ms. Dubrovsky:

      I represent Defendants-Appellants Equal Citizens, Cara McCormick, Peter McCormick, and Richard A. Bennett ("Appellants"), in the above-captioned consolidated cases. As anticipated arguing counsel for Appellants, I write to provide the Court with an update regarding my oral argument availability.

      Appellants note that from January to June, the Court typically sits for one week starting on the first Monday of the month. In the event the Court elects to hold oral argument in these cases, Appellants respectfully request that the Court not calendar argument during its February 2026 session dates, its March 5 or 6, 2026 session dates, its April 10, 2026 session date, or its May 2026 session dates, as I am anticipated to be Appellants' arguing counsel and am committed to being out-of-state or out-of-the-country on those dates, including for oral argument in another matter.

      Respectfully submitted,

      /s/ *Neal Kumar Katyal*
      Neal Kumar Katyal

CC All Counsel of Record via CM/ECF

- 2 -

*Counsel for Defendants-Appellants Equal Citizens, Cara McCormick, Peter McCormick, and Richard A. Bennett*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Dated: February 2, 2026                    By: */s/ Neal Kumar Katyal*
                                                Neal Kumar Katyal